Michael Yesk (SB#130056)
YESK LAW
70 Doray Drive, Suite 14
Pleasant Hill, CA 94523-2981
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG T. NGUYEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. AND DOES 1-20, INCLUSIVE<br><br>　　　　Defendants. | CASE NO: 18-cv-06660-EDL<br><br>Removed from San Mateo Superior Court Case No.:18CIV05275<br><br>PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE<br>Fed. R. Civ. P. 41(a)(1)(A)(i)<br><br>UNLIMITED JURISDICTION<br>JURY DEMANDED |

Plaintiff PHUONG T. NGUYEN ("Nguyen" OR "Plaintiff") hereby GIVES NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the following Defendants are dismissed without prejudice, each side to bear its own costs and fees.

DATED: January 2, 2019        ___/s/ Michael Yesk_____
　　　　　　　　　　　　　　　Michael Yesk
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　70 Doray Drive, Suite 14
　　　　　　　　　　　　　　　Pleasant Hill, CA 94523-2981