UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG T. NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 18-cv-06660-EDL<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 10, 14 |

On December 13, 2018, Defendant Wells Fargo Bank, N.A. moved to dismiss Plaintiff Phuong Ngyuen's first amended complaint. On January 2, 2019, Plaintiff filed a notice of voluntary dismissal. Accordingly, Defendant's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 3, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge